# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **JAMES W. DICKENS** <br> [DOB: 11/24/1991], <br><br> Defendant. | No. 23-03121-01-CR-S-BCW <br><br> **COUNTS 1-3:** <br> 18 U.S.C. § 111(a)(1) <br> (Assault of a Federal Officer and Employee That Involves Physical Contact) <br> NMT 8 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class D Felony <br><br> **COUNT 4:** <br> 18 U.S.C. § 115(a)(1)(B) and (b)(4) <br> (Threat to Murder a Federal Law Enforcement Officer) <br> NMT 10 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> **$100 Special Assessment (per each felony count of conviction)** |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

**COUNTS 1-3**
(Assault of a Federal Officer and Employee That Involves Physical Contact)
18 U.S.C. § 111(a)(1)

On or about June 11, 2023, in Pulaski County, within the Western District of Missouri, at a place within the special maritime and territorial jurisdiction of the United States, namely Fort Leonard Wood, on land acquired for the use of the United States and under its exclusive jurisdiction, and elsewhere, the defendant, **JAMES W. DICKENS**, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with the following officers and employees of the

1

United States Army, and such acts involved physical contact, while each was engaged in, or on account of, the performance of their official duties:

| COUNT | VICTIM |
|-------|--------|
| 1     | K.F.   |
| 2     | M.W.   |
| 3     | R.O.   |

All in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 4
(Threat to Murder a Federal Law Enforcement Officer)
18 U.S.C. § 115(a)(1)(B) and (b)(4)

On or about June 11, 2023, in Pulaski County, within the Western District of Missouri, at a place within the special maritime and territorial jurisdiction of the United States, namely Fort Leonard Wood, on land acquired for the use of the United States and under its exclusive jurisdiction, and elsewhere, the defendant, **JAMES W. DICKENS**, did threaten to murder and assault a federal law enforcement officer, specifically, K.F., M.W., and E.M., with intent to impede, intimidate, and interfere with the federal law enforcement officer while he was engaged in the performance of his official duties, and retaliate against the federal law enforcement officer

on account of the performance of his official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

**A TRUE BILL**

*/s/ Clint Strong*
FOREPERSON OF THE GRAND JURY

*/s/ Casey Clark*
**CASEY CLARK**
Assistant United States Attorney

*/s/ Cesar Vargas*
**CESAR VARGAS**
Special Assistant United States Attorney

DATED: *11/14/2023*
Springfield, Missouri